**British America Assurance Company, appellee, v. Illinois Underwriters Corporation, appellant. Gen. No. 7,845.**

Action to recover settlement paid on insurance loss. Judgment for plaintiff. Appeal from the Circuit Court of Peoria county; the Hon. Joseph E. Daily, Judge, presiding. Heard in this court at the October term, 1927. Affirmed. Opinion filed January 23, 1928.

Charles C. Dickman, for appellant. Dailey, McCormick & Radley and Silber, Isaacs, Silber & Woley, for appellee; Frederick D. Silber, Robert N. McCormick and Samuel Levin, of counsel.

Mr. Justice Boggs delivered the opinion of the court.

---

**Henry Fritzinger, appellant, v. Michael Heldenmaier, appellee. Gen. No. 7,861.**

Bill for injunction against maintaining a nuisance. Dismissed for want of equity. Appeal from the Circuit Court of Woodford county; the Hon. Stevens R. Baker, Judge, presiding. Heard in this court at the October term, 1927. Affirmed. Opinion filed January 23, 1928.

George W. Sprenger, for appellant. C. R. Birkett, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

---

**B. L. Hulsebus, appellant, v. C. J. Sammis, appellee. Gen. No. 7,855.**

Suit to foreclose mechanic lien. Dismissed for want of equity. Appeal from the Circuit Court of Peoria county; the Hon. T. N. Green, Judge, presiding. Heard in this court at the October term, 1927. Affirmed. Opinion filed January 30, 1928.

Roscoe Herget, for appellant. Covey, Campbell & Covey, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

---

**The People of the State of Illinois ex rel. G. G. Luthy, appellee, v. Emil C. Wetten, appellant. Gen. No. 7,783.**

Petition for leave to file information testing authority of association president. Judgment of ouster. Appeal from the Circuit Court of Peoria county; the Hon. John M. Niehaus, Judge, presiding. Heard in this court at the April term, 1927. Affirmed. Opinion filed February 11, 1928.

Quinn & Quinn and Wetten, Pegler & Dale, for appellant; Charles V. O'Hern and James P. Haffner, of counsel. Henry E. Pratt and McGrath & Stone, for appellee.

Mr. Presiding Justice Jett delivered the opinion of the court.